USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF NEW YORK<br><br>Plaintiffs,<br><br>*ex rel.*<br><br>**SONER YASTI,**<br><br>Relator,<br><br>v.<br><br>**NAGAN CONSTRUCTION AND NADIR UYGAN**<br><br>Defendants. | Index No. 17-cv-7163<br><br>Judge Analisa Torres<br><br>**JOINT REQUEST FOR EXTENSION** |

## JOINT REQUEST EXTENSION

Relator Soner Yasti ("Relator") and Defendants Nagan Construction and Nadir Uygan ("Defendants") (Relator and Defendants jointly, "the Parties") submit this Joint Request for an Extension of the Deadline to File a Petition for Attorney Fees and Costs.

The Parties have agreed to mediation regarding the dispute and are in the process of scheduling the mediation for March 2020. Accordingly, the Parties propose that the Court enter an Order that Relator shall file a petition for attorney fees and costs by April 1, 2020 if the Parties are unable to reach an agreement before that date.

Dated: February 10, 2020

| | |
|---|---|
| **SONER YASTI**<br><br>By his attorneys, | **NAGAN CONSTRUCTION AND NADIR UYGAN**<br><br>By their attorneys, |

1

/s/ Deborah K. Marcuse
Deborah K. Marcuse
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, MD 21202
Telephone: (410) 834-7420
Facsimile: (410) 834-7425
dmarcuse@sanfordheisler.com

/s/ Inayat Ali Hemani
Inayat Ali Hemani
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
ihemani@sanfordheisler.com

/s/ Jasmine Patel
Jasmine Patel, Esq.
**FRANKLIN, GRINGER & COHEN, P.C.**
666 Old Country Road, Suite 202
Garden City, NY 11530-2013
Telephone: (516) 228-3131
Facsimile: (516) 228-3136
jpatel@franklingringer.com

GRANTED. By **April 1, 2020**, Relator shall file any motion for attorney's fees and costs.

SO ORDERED.

Dated: February 10, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge