USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/2/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA and STATE OF NEW YORK *ex rel.* SONER YASTI,

                              Plaintiffs,

            -against-                                        17 Civ. 7163 (AT)

NAGAN CONSTRUCTION and NADIR UYGAN,

                              Defendants.

ANALISA TORRES, District Judge:

Defendants' motion to delay briefing on Plaintiffs' motion for attorney's fees until the parties can participate in in-person mediation, ECF No. 37, is DENIED. The scope and duration of the current public health emergency is still indeterminate, and this litigation cannot be postponed indefinitely. However, the parties are strongly encouraged to engage in mediation by telephone or video conference while Plaintiff's motion is pending; the parties may wish to submit a joint request to postpone the briefing schedule to allow such a mediation to take place.

It is ORDERED that:

(1) By **April 24, 2020**, Defendants shall file their opposition to Plaintiff's motion; and
(2) By **May 8, 2020**, Plaintiff shall file any reply.

The Clerk of Court is directed to terminate the motion at ECF No. 37


        SO ORDERED.

Dated:  April 2, 2020
        New York, New York

                                            _____
                                            ANALISA TORRES
                                            United States District Judge