```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA and STATE OF NEW YORK *ex rel.* SONER YASTI,

          Plaintiffs,

-against-

NAGAN CONSTRUCTION and NADIR UYGAN,

          Defendants.

17 Civ. 7163 (AT)

ANALISA TORRES, District Judge:

    On May 8, 2020 at 7:38 p.m., counsel for Defendants submitted a request for extension of time to file Defendants' memorandum of law in opposition to Plaintiffs' motion for attorney's fees, which was due that day. ECF No. 47. The stated reason for the request was that because of obligations in other cases, counsel "would not be doing [his] best" if he rushed to submit the motion by the deadline set by the Court. *Id.* The motion stated that counsel had not sought the consent of Plaintiffs, but that he was "not aware of any reasons why they would not be as courteous as they have been in the past" with respect to consenting to extension requests. *Id.*

    This Court's Individual Practices in Civil Cases require that "any requests for adjournments or extensions must be made <u>at least 48 hours</u> prior to the scheduled appearance or deadline." Individual Practices I(C). They also require any such motion to state "whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent." *Id.* Those rules exist to ensure fairness to opposing parties and the orderly submission of disputes to the Court. It would, therefore, be entirely appropriate for the Court to deny the requested extension.

    Nonetheless, given the strong preference in this circuit for resolving cases on their merits and with full adversarial briefing, Defendants' motion is GRANTED. By **May 11, 2020 at 11:59 p.m.**, Defendants shall file their memorandum in opposition to Plaintiffs' motion for attorney's fees. By **May 26, 2020**, Plaintiffs may file a reply. No further extensions to the briefing schedule shall be granted, and no further extensions of any kind shall be granted based on a motion filed in violation of the Court's Individual Practices.

    The Clerk of Court is directed to terminate the motion at ECF No. 47.

SO ORDERED.

Dated: May 11, 2020
       New York, New York

ANALISA TORRES
United States District Judge