USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA AND STATE OF NEW YORK**,  )<br>)<br>Plaintiffs,  )<br>)<br>*ex rel.*  )<br>)<br>**SONER YASTI**,  )<br>)<br>Relator,  )<br>)<br>v.  )<br>)<br>**NAGAN CONSTRUCTION AND NADIR UYGAN**,  )<br>)<br>Defendants.  )<br>_____  ) | Case No. 1:17-cv-7163-AT<br><br>Judge Analisa Torres |

April 13, 2021

**VIA ECF**
Hon. Analisa Torres
Courtroom 15D
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Torres:

    On March 18, 2021, this Court granted in part and denied in part Relator's Motion for Attorneys' Fees and Costs. ECF No. 53 at 17. The Court awarded Relator $259,663.73 in attorneys' fees and costs and ordered Relator to submit by April 18, 2021 any supplemental motion for attorneys' fees and costs incurred since March 1, 2020. *Id.*

    On April 12, 2021, the Parties reached an agreement in principle to settle this dispute without further briefing. This agreement includes fees that would otherwise be the subject of Relator's forthcoming supplemental fees motion. In light of this development, the Parties respectfully request that the Court extend the deadline for Relator to file his supplemental motion for attorneys' fees and costs to May 10, 2021. This is the first request for an extension of time

associated with Relator's supplemental motion for attorneys' fees and costs, although the Court has granted a similar request in the past. *See* ECF No. 32.

The Parties also request, pursuant to Fed. R. Civ. P. 4(a)(5), that this Court extend Defendants' deadline to file a notice of an appeal to this Court's prior March 18, 2021 Order (ECF No. 53), if any, until May 10. If the Parties are able to finalize their agreement prior to May 10, they will so notify the Court.

Respectfully Submitted,

| **SONER YASTI** | **NAGAN CONSTRUCTION AND NADIR UYGAN** |
|---|---|
| By his attorneys, | By their attorneys, |
| /s/ Deborah K. Marcuse | /s/ Peter M. Kutil |
| Deborah K. Marcuse (No. 4799649)<br>SANFORD HEISLER SHARP, LLP<br>111 S. Calvert Street, Suite 1950<br>Baltimore, MD 21202<br>Telephone: (410) 834-7420<br>Facsimile: (410) 834-7425<br>dmarcuse@sanfordheisler.com | Peter M. Kutil (No. 2053296)<br>KING & KING, LLP<br>629 Fifth Avenue, Bldg #3<br>Pelham, NY 10803<br>(914) 380-5970 |
| /s/ Inayat Ali I. Hemani | |
| Inayat Ali I. Hemani (No. 5096276)<br>SANFORD HEISLER SHARP, LLP<br>1350 Avenue of the Americas, 31st Floor<br>New York, NY 10019<br>Telephone: (646) 402-5650<br>Facsimile: (646) 402-5651<br>ihemani@sanfordheisler.com | |

GRANTED. By **May 10, 2021**, Relator shall (1) submit his supplemental motion for attorney's fees, if any, and (2) file his notice of appeal to the Court's March 18, 2021 order, if any.

SO ORDERED.

Dated: April 14, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge